NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BUTTERCUP LEGACY, LLC

---

2011-1450
(Reexamination No. 90/008,820)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Buttercup Legacy, LLC moves without opposition for a 30-day extension of time, until November 23, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John M. Guynn, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK